AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

TAMARA WAREKA p/k/a TAMARA WILLIAMS

*Plaintiff(s)*

v.    Civil Action No. 1:24-cv-23658

GM BELLE INSTITUTE CORP.; GLENDA MARTINEZ, individually; and DOES 1-10, inclusive

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GM BELLE INSTITUTE CORP
ATTN: Glenda Martinez
4851 NW 79TH AVE
SUITE 10
MIAMI, FL 33166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rosemary G. Sparrow, Esq.
HIGBEE & ASSOCIATES
3110 W Cheyenne Ave Ste 200,
North Las Vegas, NV 89032
(813) 710-3013
rsparrow@higbee.law

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 24, 2024



Angela E. Noble
Clerk of Court

SUMMONS

s/ M. Quezada
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

TAMARA WAREKA p/k/a TAMARA WILLIAMS

*Plaintiff(s)*

v.

GM BELLE INSTITUTE CORP.; GLENDA MARTINEZ, individually; and DOES 1-10, inclusive

*Defendant(s)*

Civil Action No. 1:24-cv-23658

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Glenda Martinez
4851 NW 79TH AVE
SUITE 10
MIAMI, FL 33166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rosemary G. Sparrow, Esq.
HIGBEE & ASSOCIATES
3110 W Cheyenne Ave Ste 200,
North Las Vegas, NV 89032
(813) 710-3013
rsparrow@higbee.law

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 24, 2024



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ M. Quezada*
Deputy Clerk
U.S. District Courts